HARVEY SISKIND LLP
D. PETER HARVEY (SBN 55712)
Email: pharvey@harveysiskind.com
SETH I. APPEL (SBN 233421)
Email: sappel@harveysiskind.com
Four Embarcadero Center, 39th Floor
San Francisco, California 94111
Telephone: (415) 354-0100
Facsimile: (415) 391-7124

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
BARBARA A. SOLOMON (admitted *pro hac vice*)
Email: bsolomon@fzlz.com
RICHARD Z. LEHV (admitted *pro hac vice*)
Email: rlehv@fzlz.com
ALEXANDER L. GREENBERG (*pro hac vice pending*)
Email: agreenberg@fzlz.com
866 UN Plaza
First Avenue & 48th Street
New York, New York 10017
Telephone: (212) 813-5900
Facsimile: (212) 813-5901

Attorneys for Defendants
The Estee Lauder Companies Inc.
and Clinique Laboratories, LLC

RECEIVED
AUG 1 8 2010
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

RODAN & FIELDS, LLC, a California corporation,

    Plaintiff,

v.

THE ESTEE LAUDER COMPANIES INC., a Delaware corporation, and CLINIQUE LABORATORIES, LLC, a Delaware limited liability company,

    Defendants.

Case No. C 10-02451 LHK PVT

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ALEXANDER L. GREENBERG *PRO HAC VICE*

---

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION *PRO HAC VICE* OF ATTORNEY ALEXANDER L. GREENBERG

CASE NO. C 10-02451 LHK PVT

|   |   |
|---|---|
| 1 | Alexander L. Greenberg, an active member in good standing of the bars of the State of New York and the District of Columbia; the United States District Court for the Southern and Eastern Districts of New York and the Central District of Illinois; and the U.S. Court of Appeals for the Federal Circuit; and whose business address, telephone numbers, and email address are: |

Fross Zelnick Lehrman & Zissu, P.C.
866 UN Plaza
First Avenue & 48th Street
New York, New York 10017
Telephone:   (212) 813-5900
Facsimile:    (212) 813-5901
Email:         agreenberg@fzlz.com

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing The Estee Lauder Companies Inc. and Clinique Laboratories, LLC;

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 20, 2010

*Lucy H. Koh*
The Honorable Lucy H. Koh
United States District Judge

-1-

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION *PRO HAC VICE* OF ATTORNEY ALEXANDER L. GREENBERG

CASE NO. C 10-02451 LHK PVT