| | |
|---|---|
| CEDRIC CHAO (CA SBN 76045)<br>CChao@mofo.com<br>JENNIFER LEE TAYLOR (CA SBN 161368)<br>JTaylor@mofo.com<br>PATRICIA SVILIK (CA SBN 244026)<br>PSvilik@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br><br>Attorneys for Plaintiff<br>RODAN & FIELDS, LLC | HARVEY SISKIND LLP<br>D. PETER HARVEY (CA SBN 55712)<br>pharvey@harveysiskind.com<br>SETH I. APPEL (CA SBN 233421)<br>sappel@harveysiskind.com<br>Four Embarcadero Center, 39th Floor<br>San Francisco, California 94111<br>Telephone: 415.354.0100<br>Facsimile: 415.391.7124<br><br>FROSS ZELNICK LEHRMAN & ZISSU<br>BARBARA A. SOLOMON (*admitted pro hac vice*)<br>bsolomon@fzlz.com<br>RICHARD Z. LEHV (*admitted pro hac vice*)<br>rlehv@fzlz.com<br>ALEXANDER L. GREENBERG (*pro hac vice pending*)<br>agreenberg@fzlz.com<br>866 United Nations Plaza<br>New York, New York, 10017<br>Telephone: (212) 813-5900<br>Facsimile: (212) 813-5901<br><br>Attorneys for Defendants<br>THE ESTEE LAUDER COMPANIES INC.<br>and CLINIQUE LABORATORIES, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RODAN & FIELDS, LLC, a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE ESTEE LAUDER COMPANIES INC., a Delaware corporation, and CLINIQUE LABORATORIES, LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | Case No.　5:10-CV-02451-LHK (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION** |

**STIPULATION**

Plaintiff Rodan & Fields, LLC ("Rodan & Fields") and Defendants Clinique Laboratories, LLC and The Estee Lauder Companies, Inc. ("Defendants"), through their respective attorneys of record, submit this stipulation and proposed order pursuant to Northern District Local Rule 6-2.

WHEREAS, Rodan & Fields filed a motion for preliminary injunction on June 8, 2010, and set it for hearing before the Honorable Saundra B. Armstrong on September 21, 2010, the first available date on the Court's calendar;

WHEREAS, on June 15, 2010, Rodan & Fields filed an Ex Parte Application for an Earlier Hearing Date;

WHEREAS, on August 2, 2010, this case was reassigned from the Honorable Saundra B. Armstrong to the Honorable Lucy H. Koh;

WHEREAS, the Court issued a Clerk's Notice directing Rodan & Fields to re-notice the hearing on its motion for preliminary injunction for September 7, 2010;

WHEREAS, counsel for Defendants had a schedule conflict on September 7, 2010, and requested that the hearing be noticed on October 7, 2010, the next available hearing date;

WHEREAS, counsel for Rodan & Fields had a schedule conflict affecting the briefing of Rodan & Fields' reply papers for an October 7, 2010 hearing date and requested that Defendants file their opposition papers two weeks earlier than they would otherwise have been due for said hearing date;

WHEREAS, the parties have agreed to set the matter for hearing on October 7, 2010 and to modify the briefing schedule as follows:  Defendants shall file their opposition papers by September 3, 2010, and Rodan & Fields shall file its reply papers by September 23, 2010, two weeks prior to the October 7, 2010 hearing date;

WHEREAS, the modified briefing schedule will have no effect on the schedule for the case; and

WHEREAS, the previous time modifications in this case include the following:  On June 23, 2010, the parties stipulated to provide Defendants with an additional 28 days within which to respond to Rodan & Fields' Complaint.

1   IT IS HEREBY STIPULATED that Defendants shall file their opposition papers by
2   September 3, 2010 and Rodan & Fields shall file its reply papers by September 23, 2010.

3   Dated: August 19, 2010            CEDRIC C. CHAO
                                      JENNIFER LEE TAYLOR
4                                     PATRICIA SVILIK
                                      MORRISON & FOERSTER LLP
5

6                                     By:   /s/ Cedric C. Chao
                                            Cedric C. Chao
7
                                      Attorneys for Plaintiff
8                                     RODAN & FIELDS, LLC

9   Dated: August 19, 2010            D. PETER HARVEY
                                      SETH I. APPEL
10                                    HARVEY SISKIND LLP

11                                    By:   /s/ D. Peter Harvey
                                            D. Peter Harvey
12
                                      Attorneys for Defendants
13                                    THE ESTEE LAUDER COMPANIES INC.
                                      and CLINIQUE LABORATORIES, LLC
14

15      I, Cedric C. Chao, am the ECF User whose ID and Password are being used to file this

16  Stipulation And [Proposed] Order Modifying Briefing Schedule For Motion For Preliminary

17  Injunction. In compliance with General Order 45.X.B., I hereby attest that D. Peter Harvey has

18  concurred in this filing.

19  Dated: August 19, 2010            CEDRIC C. CHAO
                                      MORRISON & FOERSTER LLP
20

21                                    By:   /s/ Cedric C. Chao
                                            Cedric C. Chao
22
                                      Attorneys for Plaintiff
23                                    RODAN & FIELDS, LLC

24                          [PROPOSED] ORDER

25      SO ORDERED.

26

27  Dated: August 20, 2010            _____
                                      HONORABLE LUCY H. KOH
28