UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RODAN & FIELDS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>              Plaintiff,<br>   v.<br><br>THE ESTEE LAUDER COMPANIES, INC., a Delaware corporation, and CLINIQUE LABORATORIES, LLC, a Delaware limited liability company,<br><br>              Defendants. | Case No.: 10-CV-02451-LHK<br><br>ORDER STAYING LITIGATION THROUGH DECEMBER 20, 2010<br><br>(re: docket # 67) |

The parties have agreed to hold a settlement conference on December 13, 2010 with Magistrate Judge Joseph C. Spero, and have requested a stay of litigation, including discovery, "[u]ntil such time as settlement efforts with the Magistrate Judge have been exhausted." *See* Stipulation and Proposed Order Re: Mediation and Stay of Litigation at ¶ 2 [dkt. #67]. The parties further state that "[r]esumption of the proceedings shall occur upon a date on which the parties agree, or after one party serves written notice on the other of the termination of mediation efforts." *Id*. at ¶ 3.

The Court GRANTS the parties' request for stay of litigation, including discovery, effective immediately. However, the stay of litigation shall only remain effective through Monday, December 20, 2010. By December 20, 2010, or sooner if possible, the parties shall file with the

1

Case No.: 10-CV-02451-LHK
ORDER STAYING LITIGATION

Court a status report on their settlement efforts.  If, for example, the parties settle, the parties shall file with the Court a notice of settlement and stipulation of dismissal.  If, on the other hand, the parties do not settle, the parties may file a request to continue the stay to a date certain pending further settlement efforts, or a request to lift the stay so that the litigation may resume.  In any event, the parties should detail the reasons supporting their request.

**IT IS SO ORDERED.**

Dated: October 28, 2010

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-02451-LHK
ORDER STAYING LITIGATION